```
1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STANISLAV GABZALILOV,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MERRICK GARLAND, Attorney General of the United States Department of Justice, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:24-cv-06847 LJC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER** |

　　　　Plaintiff, appearing *pro se*, and Defendants, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before January 20, 2025. The parties make this request because Defendants need a brief period of additional time to complete the required background, identity, and security checks as part of regular case processing, pursuant to 8 U.S.C. § 1158(d)(5)(A)(i).

　　　　The parties further request a corresponding extension on the deadline for filing a motion for summary judgment under the Court's Immigration Mandamus Procedural Order. Dkt. No. 2. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or February 18, 2025. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by March 20, 2025.

Stipulation to Extend
C 3:24-cv-06847 LJC　　　　　　　　　　1

| | | |
|---|---|---|
| 1 | Dated: December 17, 2024 | Respectfully submitted,[1] |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 | | |
| 4 | | */s/ Elizabeth D. Kurlan*<br>ELIZABETH D. KURLAN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendant |
| 6 | | |
| 7 | Dated: December 17, 2024 | |
| 8 | | */s/ Stanislav Gabzalilov*<br>STANISLAV GABZALILOV<br>*Pro Se* |

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 18, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.